# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cesar Paul M.P.,                                    Case No. 26-cv-3080 (ECT/SGE)

        Petitioner,

v.                                                  **ORDER**

Todd Blanche, *Acting Attorney General*,
*et al.*,

        Respondents.

---

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than **July 2, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

1

3.   If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so within 7 days of the date when the answer is filed.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: June 25, 2026

s/ *Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge