UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cesar P.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Joel Brott, *in his official capacity as Sheriff of Sherburne County*; and David J. Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*,

Respondents.

File No. 26-cv-3080 (ECT/SGE)

**ORDER OF DISMISSAL**

---

Based on the Stipulation of Dismissal filed by Petitioner Cesar P. and the Federal Respondents[1] [ECF No. 16], **IT IS ORDERED** that the Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 19, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court

---

[1] Defendant Joel Brott, Sheriff of Sherburne County, has not appeared in this action.